IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| CITY OF FALLS CHURCH, VIRGINIA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL CASE NO. |
| v. | ) (Formerly Case No. CL-2025-001951 in |
| | )   the Circuit Court of Arlington County) |
| VIJAY SURI, et al. | ) |
| | ) |
| Defendants. | ) |

NOTICE OF REMOVAL OF PENDING STATE COURT ACTION

The United States of America files this notice of removal pursuant to 28 U.S.C. §§ 1441, 1442, and 1444 showing the Court as follows:

1. Plaintiff initiated the above captioned case against the defendants by filing a Complaint in the Circuit Court of Arlington County, Virginia, docketed as Case No. CL-2025-001951. Copies of the Summons and Complaint are attached as Exhibit 1.

2. The United States Attorney for the Eastern District of Virginia was served with the Summons and the Complaint on May 14, 2025. Ex. 1 at 1.

3. Plaintiff's Complaint concerns property in which the Plaintiff asserts that the United States holds an interest. Exh. 1, Compl. at ¶¶ 3-4.

4. Federal law provides that "[e]xcept as otherwise provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant" to the district court of the United States for the district in which the action is pending. 28 U.S.C. § 1441(a). Because this is a civil action against the United States, the district courts of the United States have original jurisdiction over it, and the United States is authorized to remove this action to district court, 28 U.S.C. § 1442(a) (authorizing the United States to remove civil actions filed in state court against the United States or its agencies). The United States is also authorized to remove this action because it is an action brought under 28 U.S.C. § 2410 seeking to foreclose on a lien upon real property on which the United States claims a lien. 28 U.S.C. § 1444.

5. Under 28 U.S.C. § 1446(b), a defendant has thirty days from "receipt of a pleading, through service or otherwise" to file a Notice of Removal. The trigger for the thirty-day period begins upon formal receipt of the complaint by service of process. *Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 352-53 (1999); *Trademark Remodeling, Inc. v. Rhines*, 853 F.Supp.2d 532, 539 (D. Md. 2012). This Notice of Removal is timely because the United States was served on May 14, 2025. Ex. 1 at 1.

6. A copy of this Notice of Removal will be filed with the Clerk of the Circuit Court of Arlington County, Virginia, pursuant to 28 U.S.C. § 1446(d), promptly after filing the original of this Notice in this Court, and a copy will be sent to all parties to this case, by U.S. Mail, postage prepaid.

WHEREFORE, the United States removes the said Complaint from the Circuit Court of Arlington County, Virginia, to the United States District Court for the Eastern District of Virginia.

Dated: June 3, 2025

                Respectfully submitted,

                ERIK S. SIEBERT
                UNITED STATES ATTORNEY

BY:    */s/ Matthew J. Troy*
         MATTHEW J. TROY
         Assistant United States Attorney
         GERARD MENE
         Assistant United States Attorney
         Counsel for the United States
         2100 Jamieson Ave.
         Alexandria, Virginia 22314
         Tel: (703) 299-3712
         Tel: (703) 299-3777
         Fax: (703) 299-2584
         E-Mail: matthew.troy@usdoj.gov
                    gerard.mene@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will transmit a notice of electronic filing ("NEF") of the same to all counsel of record.

      I further certify that on this date I have caused a true and correct copy of the foregoing to be sent to the following via United States First Class Mail, postage prepaid, addresses as follows:

Honorable Paul Ferguson
Clerk, Circuit Court of Arlington County
1425 North Courthouse Road
Arlington, VA 22201

Shore United Bank
Registered Agent
Corporation Service Company
100 Shockoe Slip, 2nd Floor
Richmond, Virginia 23219

Anjana Suri
1001 Parker Street
Falls Church, Virginia 22046

Vijay Suri
1001 Parker Street
Falls Church, Virginia 22046

Virginia Department of Taxation
Jason S. Miyares
Virginia Attorney General
202 North Ninth Street
Richmond, VA 23219

John A. Rife
Taxing Authority Consulting Services, PC
P.O. Box 31800
Henrico, VA 23295-1800

Date:   June 3, 2025

                                        */s/ Matthew J. Troy*
                                        MATTHEW J. TROY
                                        Assistant United States Attorney