# EXHIBIT 1

HAND DELIVERED
5-14-2025
H. BRANDON

# COMMONWEALTH OF VIRGINIA



ARLINGTON CIRCUIT COURT
Civil Division
1425 NORTH COURTHOUSE RD
ARLINGTON VA
(703) 228-7010

Summons

To: UNITED STATES OF AMERICA
SERVE: JESSICA D. ABER, ESQ.
UNITED STATES ATTORNEY
EASTERN DISTRICT OF VA
919 EAST MAIN STREET, STE 1900
RICHMOND VA 23219

Case No. 013CL25001951-00

The party upon whom this summons and the attached complaint are served is hereby notified that unless within 21 days after such service, response is made by filing in the clerk's office of this court a pleading in writing, in proper legal form, the allegations and charges may be taken as admitted and the court may enter an order, judgment, or decree against such party either by default or after hearing evidence.

Appearance in person is not required by this summons.

Done in the name of the Commonwealth of Virginia on, Tuesday, May 06, 2025

Clerk of Court: PAUL F. FERGUSON

by _____
(CLERK/DEPUTY CLERK )

Instructions:

Hearing Official:                                    USAO RICH RCVD MAY 14 25 09:40

Attorney's name:        RIFE, JOHN A

VIRGINIA:  IN THE CIRCUIT COURT OF THE COUNTY OF ARLINGTON

CITY OF FALLS CHURCH, VIRGINIA,
  a Municipal Corporation of
  the Commonwealth of Virginia,

        Complainant,

v.

VIJAY SURI

    SERVE:   1001 Parker Street
             Falls Church, Virginia  22046

 and

ANJANA SURI

    SERVE:   1001 Parker Street
             Falls Church, Virginia  22046

and

SHORE UNITED BANK, NA FKA
SEVERN SAVINGS BANK, FSB

    SERVE:   Corporation Service Company
             Registered Agent
             100 Shockoe Slip, 2nd Floor
             Richmond, Virginia  23219

and

UNITED STATES OF AMERICA

    SERVE:   Jessica D. Aber, Esq.
             United States Attorney
             Eastern District of Virginia
             919 East Main Street, Suite 1900
             Richmond, Virginia  23219

Case No.:  CL25-1951

RECEIVED

APR 2 8 2025

PAUL FERGUSON, CLERK
Circuit Court Arlington County, VA
by _____ Deputy Clerk

Complaint
City of Falls Church v. Vijay Suri, et al.
Page 2

and

**VIRGINIA DEPARTMENT OF TAXATION**

    **SERVE:**   **Jason S. Miyares, Esq.**
                  **Virginia Attorney General**
                  **202 North Ninth Street**
                  **Richmond, Virginia 23219**

                  **Respondents.**

## COMPLAINT

**COMES NOW,** the City of Falls Church, Virginia (the "Complainant"), a Municipal Corporation of the Commonwealth of Virginia, by counsel, respectfully represents as follows:

1. There exists a certain parcel of land located within the jurisdiction of the Complainant, described in "Schedule A" attached hereto and made a part hereof (the "Property").

2. The Property is assessed for taxation in the land books for the Complainant in the name of Vijay Suri and Anjana Suri, whose last known address is 1001 Parker Street, Falls Church, Virginia 22046.

3. According to the records of this Court, there exists several liens against Vijay Suri and Anjana Suri by the United States of America, Internal Revenue Service, which are described as follows:

    a. Lien dated January 13, 2020 in the principal amount of $35,720.02 and recorded as Judgment No. 172321;

    b. Lien dated November 10, 2020 in the principal amount of $95,883.29 and recorded as Judgment Nos. 151011 and 172328;

    c. Lien dated May 25, 2021 in the principal amount of $122,023.22 and recorded as Judgment No. 172328; and,

    d. Liens dated May 24, 2022 and January 12, 2024 in the total principal amount of $111,826.18 and recorded as Judgment No. 159053.

4. According to the records of the Fairfax County Circuit Court, there exists a lien against Vijay Suri and Anjana Suri by the United States of America, Department of Justice – Tax Division, which is described as follows:

    a. Lien dated January 22, 2021 in the principal amount of $326,029.00 and recorded as Judgment No. 633509.

5. Due diligence requires the naming of the United States of America as a party Respondent herein.

6. In addition to service of process having been issued for Jessica D. Aber, Esq., United States Attorney for the Eastern District of Virginia, a copy of this Complaint has been mailed, via certified mail, to Merrick B. Garland, Esq., Attorney General of the United States of America, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001, the United States of America, Department of the Treasury – Internal Revenue Service, 2970 Market Street, Philadelphia, Pennsylvania 19104 and the United States of America, Department of Justice – Tax Division, 950 Pennsylvania Avenue NW, Washington, DC 20530.

Complaint
City of Falls Church v. Vijay Suri, et al.
Page 4

7. There is a certain Deed of Trust, dated May 10, 2001, with a maturity date of June 1, 2002, recorded among the records of this Court in Deed Book 3144 at Page 377, secured by RPC No. 52111020, to the credit of Severn Savings Bank, FSB.

8. Upon information and belief, and based upon the records of the FDIC, the said Severn Savings Bank, FSB merged into Shore United Bank, NA on or about October 31, 2021.

9. The said Deed of Trust has not been marked as satisfied in the records of this Court, however, more than fifteen (15) years having elapsed since the maturity of said Deed of Trust, there is a presumption under Virginia Code §55.1-344 that the same is paid and it is hereby requested that the Court mark the same as satisfied.

10. Title records among the records of the Fairfax County Circuit Court show that the Virginia Department of Taxation possesses a lien against Vijay Suri in the amount of $13,595.40, recorded as Judgment No. 497063 and bearing a date of April 12, 2011.

11. Due diligence requires the naming of the Virginia Department of Taxation as a party Respondent herein.

12. There are now due and owing to the Complainant real property taxes assessed by it against the Property, which taxes were delinquent on December 31 following the second (2nd) anniversary of the date on which the taxes became due, and such taxes remain unpaid.

13. The amount of delinquent real estate taxes referred for collection and owing to the Complainant through the tax year referred is $92,226.89, including penalties, interest, costs, and fees (the "taxes"). Additional taxes not yet referred for collection may also

Complaint
City of Falls Church v. Vijay Suri, et al.
Page 5

be due the Complainant which must be satisfied prior to the redemption of the
Property.

14. Proper notice pursuant to Virginia Code §58.1-3965, as amended, has been mailed
and published as prescribed by law and said notices are attached hereto as Schedule
"B".

15. The owners of the Property have not redeemed it by paying all accumulated taxes
thereon.

16. Such delinquent taxes constitute a lien on the Property in favor of the Complainant
ahead of and superior to any other lien other than a concurrent taxing jurisdiction, and
the Complainant is entitled to have the property sold in order to satisfy its lien.

**WHEREFORE**, the Complainant prays that the parties named herein be made parties
Respondent, that proper process be issued, that the Deed of Trust with the expiration date listed
above meeting the presumption of satisfaction provided in Virginia Code §55.1-344 be marked
satisfied, that the lien of the Complainant be enforced, and that the Property be sold in order to
satisfy the Complainant's lien with penalties, interest, costs, and fees, including attorney fees,
pursuant to Virginia Code §58.1-3965, and for such other and further relief as the Court may
deem appropriate.

Complaint
City of Falls Church v. Vijay Suri, et al.
Page 6

**CITY OF FALLS CHURCH, VIRGINIA**

**By Counsel**

John A. Rife, Esq. (VSB No. 45805)
Jeffrey A. Scharf, Esq. (VSB No. 30591)
Mark K. Ames, Esq. (VSB No. 27409)
Andrew M. Neville, Esq. (VSB No. 86372)
Paul L. LaBarr, Esq. (VSB No. 91609)
Gregory L. Haynes, Esq. (VSB No. 37158)
Seth R. Konopasek, Esq. (VSB No. 97065)
Garrett W. Patton, Esq. (VSB No. 98345)
Taxing Authority Consulting Services, PC
P.O. Box 31800
Henrico, Virginia 23294-1800
Phone: (804) 545-2500
Facsimile: (804) 545-2378

Complaint
City of Falls Church v. Vijay Suri, et al.
Page 7

## SCHEDULE A

RPC No. 52111020
Account No. 1402

All that certain lot or parcel of land, together with improvements thereon, situate, lying and being in the City of Falls Church, Virginia, and more particularly described as follows:

Lot 16, Block 4, Fowler's Addition to West Falls Church, as the same appears duly dedicated, platted and recorded in Deed Book P-12 at Page 49 and in Plat Book 2 at Page 52 among the records of the Fairfax County Circuit Court (now of record in Arlington County).

This description is made subject to all easements, conditions, agreements, restrictions, and reservations of record which affect the property herein described including but not limited to those recorded in Plat Book 2 at Page 52 (Fairfax County), Deed Book F-13 at Page 82 (Fairfax County), Deed Book P-12 at Page 49 (Fairfax County) and Deed Book X-12 at Page 206 (Fairfax County).

# FAIRFAX COUNTY TIMES

**AFFIDAVIT OF PUBLISHER**

I, Marcia Patch, being duly sworn, deposes and says that the attached order of publication was published in the Fairfax County Times, a newspaper published in the County of Fairfax, State of Virginia on March 21, 2025, and that deponent is a duly authorized agent of the Publisher of said newspaper.

Legal Advertising Department
Fairfax County Times

**STATE OF VIRGINIA** )
**COUNTY OF FAIRFAX** )

Subscribed and sworn to me this, the ___21st___ day of March, 2025, appeared Marcia Patch, Account Executive in the County of Fairfax, State of Virginia, to be the person whose name is subscribed to the foregoing affidavit, and acknowledged that she executed the same for the purposes therein contained.

In witness hereof, I hereunto set my hand and official seal.

Notary Public
My Commission Expires:

TAI HOU LEE
NOTARY PUBLIC
REG. #7222826
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES MARCH 31, 2028

# Business & Services Directory

Contact Marcia Patch for all your Classified section needs • Phone: 703-904-1004 • Email: marcia@wspnet.com

OFFER A SERVICE? HAVE A BUSINESS TO PROMOTE? ADVERTISE HERE. 703-904-1004

Remember Your Loved One in the Fairfax County Times
Call Marcia Patch • 703-904-1004

ELECTRICAL
- Install Ceiling Fans - Recessed Lights
- Under Cabinet Lights
- Change Light Fixtures
NO JOB IS TOO SMALL!
Licensed & Insured - We accept all major credit cards
Edwin C. Colque - Master Electrician
703-898-0797

# Classified

Contact Marcia Patch for all your Classified section needs • Phone: 703-904-1004 • Email: marcia@wspnet.com

## Legal Notice

[(Full name(s) of owner(s)]: First Watch Restaurants Inc.

Trading as:
First Watch 1146
6650 Richmond HWY
Alexandria, Fairfax County, VA 22306

The above establishment is applying to the VIRGINIA ALCOHOLIC BEVERAGE CONTROL (ABC) AUTHORITY for a Retail Restaurant or Caterer Application - Restaurant, Wine, Beer, Mixed Beverages, Consumed On and Off Premises license to sell or manufacture alcoholic beverages.

Jay Woiszczak, Secretary

NOTE: Objections to the issuance of this license must be submitted to ABC no later than 30 days from the publishing date of the first of two required newspaper legal notices. Objections should be registered at www.abc.virginia.gov or 800-552-3200.

3011928 (03-14-25, 03-21-25)

## Legal Notice

[(Full name(s) of owner(s)]: Saporito Twinbrooke Inc

Trading as:
Tony's NY Pizza
9569 Braddock Rd
Fairfax, Fairfax County, VA 22032-2539

The above establishment is applying to the VIRGINIA ALCOHOLIC BEVERAGE CONTROL (ABC) AUTHORITY for a Restaurant, Beer and Wine and Mixed Beverage, On and Off Premises license to sell or manufacture alcoholic beverages.

Lorenzo D'Agostino - Owner

NOTE: Objections to the issuance of this license must be submitted to ABC no later than 30 days from the publishing date of the first of two required newspaper legal notices. Objections should be registered at www.abc.virginia.gov or 800-552-3200.

3011954 (03-21-25, 03-28-25)

## Legal Notice

[(Full name(s) of owner(s)]: Sushi Hayo INC

Trading as:
SUSHI HAYO
7395 Route 29, STE A
Falls Church, Fairfax County, VA 22042-1724

The above establishment is applying to the VIRGINIA ALCOHOLIC BEVERAGE CONTROL (ABC) AUTHORITY for a Retail Restaurant or Caterer Application Restaurant, Wine, Beer, Consumed On and Off Premises license to sell or manufacture alcoholic beverages.

Shanqu Lin, Owner

NOTE: Objections to the issuance of this license must be submitted to ABC no later than 30 days from the publishing date of the first of two required newspaper legal notices. Objections should be registered at www.abc.virginia.gov or 800-552-3200.

3011956 (03-21-25, 03-28-25)

## Legal Notice

LEGAL NOTICE

TO **NVR Mortgage, L.P.**: The Order to Show Cause and Second Amended Order for Service by Publication is served upon you by publication pursuant to an Order of the Supreme Court of the State of New York, County of Onondaga, Index No. 010316/2024, as amended and filed in the Office of the Clerk of the County of Onondaga, Syracuse, New York. This proceeding concerns real property mortgaged by Connie J. Barbuto ("Petitioner") and Theodore Barbuto at 1326 Oak Street in the City of Syracuse, NY, tax map no. 013.-20-22.0. Petitioner seeks a court order discharging the NVR Mortgage, L.P. mortgage recorded in the Onondaga County Clerk's office, Book 5415 Page 249 of Mortgages and directing the Onondaga County Clerk to mark the mortgage upon his or her records as cancelled and discharged and further ordering NVR Mortgage, L.P. to show why it should not be directed to pay Petitioner's reasonable costs and attorney's fees in the making of this application in the amount of $1,500.

## Help Wanted

IT Professionals

Ent. Lvl to Sen. Lvl Multiple Positions: Salesforce Dvlprs, QA Anlysts, Data Engnrs, & Comp. Network Support Specialists are needed for our Chantilly, VA Office. Must be willing to travel to set up systems in various clients at unanticipated locs across the nation. Send resume, Cvr Ltr, & Sal. Req. to Raka Group LLC at 4451 Brookfield Corporate Dr., Ste 103, Chantilly, VA 20151

Administrative Assistant Needed

Seeking a detail-oriented Administrative Assistant with strong organizational skills and MS Office proficiency. $500/2hrs weekly. Send resumes to Markuswandcorresult@outlook.com or text 215-935-0504 to apply.

Straffic America, LLC seeks Firmware Senior Manager to Manage the design, install, and trouble-shooting firmware and their components for new faregate systems. Master of Business Administration degree req'd. Bachelor's in Computer Science & Engineering req'd. 24 months experience in Senior Engineer position req'd. Send resume to job loc: 1953 Gallows Rd, Ste 145, Vienna, VA 22181.

Assistant Pastor: Preside & preach at Sunday & weekday worship services. Preside & perform baptisms, communion, wedding & funeral services. Direct Bible studies for adult congregation & fellowship groups. Assist senior pastor in providing spiritual counseling to adult congregation. Coordinate with senior pastor year-round home visitation ministry. F/T. $49,317/yr. MA in Theology/Divinity. Ordained Pastor Required. Resume to KCPC, 15451 Rt 29, Centreville, VA 20121

Stratez Infotech, Inc seeks Software Engineer (Cloud). For job duties and requirements visit https://www.stratez.ai/careers. Relocation required. US Payrate: $122,699. Send resume to Stratez Infotech, Inc., 12005 Sunrise Valley Dr, Suite 105, Reston, VA 20191 or by email: paul_ravi@stratez.ai

ABD Solutions Inc seeks Software Developer or Machine Learning Engineer or QA Analyst. Primary worksite is Chantilly, VA, but relocation is possible. Apply hr@abdsinc.com.

Instructional Coordinator: Develop and implement curriculums and standards; organize teacher conferences, mentor/coach teachers as needed. Send resume: Ivy College, 1980 Gallows Rd, Ste 300, Vienna, VA 22182 Attn: B. Kim

### TRUSTEE'S SALE OF 1034 Founders Ridge Lane • McLean, VA 22102 (Fairfax County, Virginia)

In execution of that certain Commercial Deed of Trust, Security Agreement, Fixture Filing and Assignment of Leases and Rents from 1034 Founders Ridge LLC to Strategic National Title Group LLC, Trustees, dated September 26, 2023, recorded September 27, 2023, in the Clerk's Office, Circuit Court of Fairfax County, Virginia, at Deed Book 28001, Page 0060, default having been made in the payment of the debt therein secured, and being required to do so by the noteholder, the undersigned Substitute Trustees will offer for sale at public auction at the entrance to the building housing the Circuit Court of Fairfax County, Virginia, 4110 Chain Bridge Road, Fairfax, Virginia, 22030 on April 8, 2025, at 12:00 p.m. local time, the real estate with improvements thereon, located at 1034 Founders Ridge Lane, McLean, Virginia (Tax Map Parcel No. 0204-29-0137) plus all rights, title and interest in the easements, water line and sewer line serving the aforesaid property and more particularly described in the aforesaid Deed of Trust to which reference is hereby made.

Sale shall be made subject to all existing superior liens, easements and restrictive covenants, if any, as the same may lawfully affect the real estate.

Terms of Sale: Cash. Settlement within 21 days of sale.

A bidder's deposit of 10% of the Bid price may be required.

JENNIFER M. MCLEMORE
JOHN W. VANTINE
SUBSTITUTE TRUSTEES

For information contact:
Jennifer M. McLemore, Esquire • Williams Mullen
P.O. Box 1320 • Richmond, VA 23218-1320 • (804) 420-6330

John W. Vantine, Esquire • Williams Mullen
P.O. Box 1320 • Richmond, VA 23218-1320 • (804) 420-6314

### Town of Herndon, Virginia
### Notice of Public Hearing

Notice is hereby given that the **Town Council** of the Town of Herndon, Virginia will hold public hearings on Tuesday, April 8, and Tuesday, April 22, 2025 at 7:00 p.m. in the Herndon Council Chambers Building, located at 765 Lynn Street, Herndon, to receive public comment on the proposed Fiscal Year (FY) 2026 Budget.

The proposed total FY 2026 budget as submitted to the Town Council is $95,628,447. The budget includes the FY 2026 portion of the Capital Improvement Program (CIP). A brief synopsis of the proposed budget follows:

**BUDGET SUMMARY**

| | FY 2025 Adopted | FY 2026 Proposed | Increase/ (Decrease) |
|---|---|---|---|
| General Fund | $44,669,023 | $50,328,225 | 12.7% |
| Water and Sewer Fund | $21,680,183 | $27,681,005 | 27.7% |
| Capital Projects Fund | $2,500,000 | $5,940,627 | 137.6% |
| Golf Course Fund | $3,383,848 | $5,112,528 | 51.1% |
| Stormwater Management Fund | $1,348,824 | $4,261,811 | 216.0% |
| Chestnut Grove Cemetery Fund | $1,050,306 | $2,104,251 | 119.4% |
| **Total Expenditures – All Funds** | **$74,632,184** | **$95,628,447** | **28.1%** |

As part of the budget adoption process, the Town of Herndon is considering the following tax and fee rates:

| Category | FY 2025 Adopted | FY 2026 Proposed |
|---|---|---|
| Real Estate Tax | $.260 per $100 of assessed value | $.270 per $100 of assessed value |
| Meals Tax | 3.75% | 4.0% |
| Transient Occupancy Tax | 6% | 6% |
| Business, Professional, Occupational Tax (BPOL) | Retail Merchants $0.13<br>Repair Services $0.13 | Retail Merchants $0.17<br>Repair Services $0.19 |
| Solid Waste Fee (formerly Recycling Fee) | $16 per quarter | $21 per quarter |

All other taxes and licenses previously enacted and imposed by the town are proposed to be levied at the same rate, except as provided by other ordinances adopted by the town council in this budget cycle, or to make such levies at such rate as the town council may determine at such hearing.

The public is encouraged to participate in the town's public hearing process. Individuals having an interest in the above item are invited to attend the public hearing and state their opinions and may also submit comments to town.clerk@herndon-va.gov; or by visiting www.herndon-va.gov/budget.

The full budget document is available for public inspection in the Town Manager's office located at 777 Lynn Street, Herndon, Virginia, during normal business hours (Monday – Friday, 8:00 a.m. – 5:00 p.m.) and on the town's website, www.herndon-va.gov.

The Town of Herndon supports the Americans with Disabilities Act by making reasonable accommodations for persons with disabilities so that they may participate in services, programs, or activities, offered by the town. Please call (703) 435-6804 to arrange for any accommodation that may be necessary to allow for participation. Interpretación en Español está disponible en esta sesión.

Amanda Morrow Kertz, Acting Town Clerk

Note to Publisher:
Publish on March 21/March 28, 2025
Courtesy copy published on April 4

### Town of Herndon, Virginia
### Notice of Public Hearing

Notice is hereby given that the **Town Council** of the Town of Herndon, Virginia, will hold public hearings on Tuesday, April 8 and Tuesday, April 22, 2025, at 7:00 p.m. in the Herndon Council Chambers Building, located at 765 Lynn Street, Herndon on the following item.

Ordinance, to amend Chapter 74 (UTILITIES), Article II (Sewers & Sewage Disposal), Division 5 (Sanitary Sewer System Rates & Charges), Section 74-262 (Schedule of Rates); and Article III (Water), Division 2 (Service), Subdivision II (In-Town Service Charges), Section 74-326 (Schedule of Charges), to increase the service and usage charges for sanitary sewer and water, effective for meter readings taken on or after July 1, 2025.

The dollar amount of the proposed changes are as follows:

**Sanitary Sewer Usage Charges:**

The rate schedule for sanitary sewer service shall be determined on the basis of water consumed and shall be charged at the rate of ~~[illegible]~~ $9.64 per 1,000 gallons of water used, except as otherwise provided in this division.

**Quarterly Sewer Charges:**

A service charge per bill rendered shall be assessed for all metered water service as follows:

*Quarterly Billing*

| *Meter Size (inches)* | *Charge* |
|---|---|
| 5/8 | ~~$12.76~~ $15.95 |
| 3/4 | ~~$17.63~~ $22.04 |
| 1 | ~~$27.36~~ $34.20 |
| 1 1/2 | ~~$51.70~~ $64.62 |
| 2 | ~~$80.90~~ $101.12 |
| 3 | ~~$158.78~~ $198.47 |
| 4 | ~~$246.39~~ $307.99 |
| 6 | ~~$489.75~~ $612.19 |

**Water Usage Charges:**

The water usage charge shall be ~~[illegible]~~ $4.79 per 1,000 gallons, based on the consumption of water as measured by readings of the water meter serving the property.

**Quarterly Water Charges:**

A service charge per bill rendered shall be assessed for all metered water service as follows:

*Quarterly Billing*

| *Meter Size (inches)* | *Charge* |
|---|---|
| 5/8 | ~~$16.34~~ $21.24 |
| 3/4 | ~~$24.51~~ $31.86 |
| 1 | ~~$40.80~~ $53.06 |
| 1 1/2 | ~~$81.67~~ $106.17 |
| 2 | ~~$130.65~~ $169.84 |
| 3 | ~~$261.33~~ $339.73 |
| 4 | ~~$408.33~~ $530.83 |
| 6 | ~~$816.65~~ $1061.64 |

All water consumed during the peak use periods in excess of the average consumption of the preceding two winter quarter billing periods shall be charged an additional amount of ~~[illegible]~~ $8.15 per 1,000 gallons. This peak use period charge shall be applied in addition to the base water usage charge in subsection (a) above.

Sections 15.2-2122 and 15.2-2143, Code of Virginia (1950), as amended, grant to the Town the legal authority for enactment of such proposed levy, fee or increase.

The public is encouraged to participate in the town's public hearing process. Individuals having an interest in the above item are invited to attend the public hearing and state their opinions and may also submit comments to town.clerk@herndon-va.gov. Information on this item is available for review by the public on the town's website at www.herndon-va.gov.

The Town of Herndon supports the Americans with Disabilities Act by making reasonable accommodations for persons with disabilities, so that they may participate in services, programs, or activities, offered by the Town. Please call (703) 435-6804 to arrange for any accommodation that may be necessary to allow for participation. Interpretación en Español está disponible en esta sesión.

Amanda Morrow Kertz, Acting Town Clerk

Note to Publisher:
Publish on March 21/March 28, 2025
Courtesy copy published on April 4, 2025

FAIRFAXTIMES.COM

## Legal Notice

### NOTICE OF DELINQUENT TAXES AND POSSIBLE JUDICIAL SALE OF REAL PROPERTY

On April 25, 2025, or as soon thereafter as may be effected, actions will be commenced under the authority of Virginia Code §58.1-3965, et seq., to begin proceedings to sell the following parcel of real estate for the payment of City of Falls Church delinquent real estate taxes:

**Vijay Suri and Anjana Suri**
RPC No. 52111020
TACS No. 1108077
1001 Parker St., Falls Church, VA 22046
Lot 16, Block 4,
Fowler's Addition to West Fall Church

Property subject to delinquent real estate taxes may be redeemed by paying all accumulated taxes, penalties, interest, costs and fees. Payments should be made payable to the City of Falls Church and mailed to Taxing Authority Consulting Services, PC at the address shown below. Inquiries regarding the above-listed property should be directed to TACS by telephone to (703) 880-1078 or (804) 545-2500, by email to [illegible], or by mail to:

Taxing Authority Consulting Services, PC
P.O. Box 31800, Henrico, VA 23294-1800
Re: Falls Church RE Taxes



**Taxing Authority Consulting Services, P.C.**
**Attorneys At Law**

March 7, 2025
### NOTICE OF DELINQUENT TAXES
### CITY OF FALLS CHURCH, VIRGINIA

Vijay Suri and Anjana Suri
1001 Parker Street
Falls Church, Virginia  22046

   ***Re: City of Falls Church Delinquent Real Estate Taxes***
     ***RPC No. 52111020***
     ***Account No. 1402***
     ***TACS No. 1108077***
     ***Balance Due:  $91,674.23***

Dear Sir or Madam:

   Please be advised that the City of Falls Church has retained our services in the collection of delinquent real estate taxes.  Tax records indicate that a delinquency exists on the above-referenced property and a title examination has indicated that you have an ownership interest in the property.

   Please take notice that pursuant to Virginia Code §58.1-3965, unless the account is paid in full within thirty days of the date of this Notice, the City of Falls Church will direct this firm to immediately file suit to sell the property.  Payment may be remitted in the amount shown above, via check or money order made payable to the **City of Falls Church**, to the following address: **Taxing Authority Consulting Services PC, Attn: Litigation Department (ceb), P.O. Box 31800, Henrico, Virginia 23294-1800**.  Virginia Code §58.1- 3965.C, gives the right to request a payment agreement, which may or may not be granted, to pay the delinquent taxes over a period no longer than 72 months.  You may contact my office at the phone number shown below to inquire about the outstanding balance due and inform my office of your intentions.

   Please disregard this notice if these taxes have been paid in full or if you are now a debtor in a pending bankruptcy.  If you are in bankruptcy, please furnish to my office, in writing, the number of the bankruptcy case and the identification of the Court in which it is pending so as to enable us to code the account and avoid further correspondence to you.  Should you require further information regarding this property or this matter, please do not hesitate to contact my office.

            Sincerely,

            John A. Rife, Esq.

JAR:ceb



**Taxing Authority Consulting Services, P.C.**
**Attorneys At Law**

March 7, 2025
## NOTICE OF DELINQUENT TAXES
## CITY OF FALLS CHURCH, VIRGINIA

RESIDENT
1001 Parker Street
Falls Church, Virginia  22046

> *Re:*     *City of Falls Church Delinquent Real Estate Taxes - Vijay Suri, et al.*
> *RPC No. 52111020*
> *Account No. 1402*
> *TACS No. 1108077*
> *Balance Due:  $91,674.23*

Dear Resident:

Please be advised that the City of Falls Church has retained our services in the collection of delinquent real estate taxes.  Tax records indicate that a delinquency exists on the above-referenced property.  This notice is being sent as a precondition to filing suit to sell the property under Virginia Code §58.1-3965.

Please take notice that pursuant to Virginia Code §58.1-3965, unless the account in paid in full within thirty days of the date of this Notice, the City of Falls Church will direct this firm to immediately file suit to sell the property.  Payment may be remitted in the amount shown above, via check or money order made payable to the **City of Falls Church**, to the following address: **Taxing Authority Consulting Services PC, Attn: Litigation Department (ceb), P.O. Box 31800, Henrico, Virginia 23294-1800**.  Virginia Code §58.1- 3965.C, gives the right to request a payment agreement, which may or may not be granted, to pay the delinquent taxes over a period no longer than 72 months.  You may contact my office at the phone number shown below to inquire about the outstanding balance due and inform my office of your intentions.

Please disregard this notice if these taxes have been paid in full or if you are now a debtor in a pending bankruptcy.  If you are in bankruptcy, please furnish to my office, in writing, the number of the bankruptcy case and the identification of the Court in which it is pending so as to enable us to code the account and avoid further correspondence to you.  Should you require further information regarding this property or this matter, please do not hesitate to contact my office.

Sincerely,

John A. Rife, Esq.

JAR:ceb



**Taxing Authority Consulting Services, P.C.**
**Attorneys At Law**

March 7, 2025
**NOTICE OF DELINQUENT TAXES**
**CITY OF FALLS CHURCH, VIRGINIA**

Shore United Bank, NA
c/o Corporation Service Company, Registered Agent
100 Shockoe Slip, 2nd Floor
Richmond, Virginia 23219

     ***Re:***     ***City of Falls Church Delinquent Real Estate Taxes - Vijay Suri, et al.***
             ***RPC No. 52111020***
             ***TACS No. 1108077***
             ***Balance Due: $91,674.23***

Dear Sir or Madam:

     Please be advised that the City of Falls Church has retained our services in the collection of delinquent real estate taxes. Tax records indicate that a delinquency exists on the above-referenced property and a title examination has revealed that Shore United Bank, NA may possess an interest in the property. Namely, the interest is related to a Deed of Trust to the benefit of Severn Savings Bank, FSB, dated May 10, 2001, in the amount of $350,000 and recorded among the records of the Arlington County Circuit Court Clerk's Office in Deed Book 3144 at Page 377.

     Please take notice that pursuant to Virginia Code §58.1-3965, the City of Falls Church has directed this firm to immediately file suit to sell the property. If you wish to redeem the property, please remit the amount shown above, via check or money order made payable to **City of Falls Church**, to the following address: **TACS, Attn: Litigation Dept. (ceb), P.O. Box 31800, Henrico, Virginia 23294-1800.** Please be sure to reference the TACS Account Number **1108077** on the payment to ensure proper credit. Virginia Code §58.1- 3965.C, gives the right to request a payment agreement, which may or may not be granted, to pay the delinquent taxes over a period no longer than 72 months. You may contact my office at the phone number shown below to inquire about the outstanding balance due and inform my office of your intentions.

                                   Sincerely,

                                   John A. Rife, Esq.

JAR:ceb



**Taxing Authority Consulting Services, P.C.**
**Attorneys At Law**

March 7, 2025
**NOTICE OF DELINQUENT TAXES**
**CITY OF FALLS CHURCH, VIRGINIA**

Shore United Bank, NA
c/o James E. Bitner, Trustee
Bitner & Bitner
2965 Chain Bridge Road
Oakton, Virginia 22124

> **Re:**   *City of Falls Church Delinquent Real Estate Taxes - Vijay Suri, et al.*
> *RPC No. 52111020*
> *TACS No. 1108077*
> *Balance Due: $91,674.23*

Dear Sir or Madam:

Please be advised that the City of Falls Church has retained our services in the collection of delinquent real estate taxes. Tax records indicate that a delinquency exists on the above-referenced property and a title examination has revealed that Shore United Bank, NA may possess an interest in the property. Namely, the interest is related to a Deed of Trust to the benefit of Severn Savings Bank, FSB, dated May 10, 2001, in the amount of $350,000 and recorded among the records of the Arlington County Circuit Court Clerk's Office in Deed Book 3144 at Page 377.

Please take notice that pursuant to Virginia Code §58.1-3965, the City of Falls Church has directed this firm to immediately file suit to sell the property. If you wish to redeem the property, please remit the amount shown above, via check or money order made payable to **City of Falls Church**, to the following address: **TACS, Attn: Litigation Dept. (ceb), P.O. Box 31800, Henrico, Virginia 23294-1800**. Please be sure to reference the TACS Account Number **1108077** on the payment to ensure proper credit. Virginia Code §58.1-3965.C, gives the right to request a payment agreement, which may or may not be granted, to pay the delinquent taxes over a period no longer than 72 months. You may contact my office at the phone number shown below to inquire about the outstanding balance due and inform my office of your intentions.

Sincerely,

John A. Rife, Esq.

JAR:ceb

---



**Taxing Authority Consulting Services, P.C.**
**Attorneys At Law**

March 7, 2025
### NOTICE OF DELINQUENT TAXES
### CITY OF FALLS CHURCH, VIRGINIA

Virginia Department of Taxation
c/o Flora L. Hezel, Esq.
Senior Assistant Attorney General
202 North Nineth Street
Richmond, Virginia 23219

> **RE:    *City of Falls Church Delinquent Real Estate Taxes - Vijay Suri, et al.***
> ***TACS No. 1108077***

Dear Sir or Madam:

Our firm has been retained by the City of Falls Church, Virginia in an effort to collect delinquent real estate taxes. A title search of one of the parcels remitted to our firm for collection indicates that Virginia Department of Taxation possesses a lien against Vijay Suri, who has an interest in the subject property.

Pursuant to Virginia Code §58.1-3965, we are obligated to provide you notice that within thirty (30) days we will institute proceedings in the Circuit Court of the County of Arlington to effect the sale of the property for delinquent real estate taxes. I would appreciate your completing the enclosed Proof of Lien Claim Form and returning the same to my office for inclusion in the Court proceeding.

Should you have any questions regarding this correspondence or this matter, please do not hesitate to contact my office.

Sincerely,

John A. Rife, Esq.

JAR:ceb
Enclosure

March 7, 2025
City of Falls Church v. Vijay Suri, et al. - Proof of Lien Claim Form
Page -2-

## PROOF OF LIEN CLAIM FORM

Name of Lienholder: <u>Virginia Department of Taxation</u>

Name of Debtor:  <u>Vijay Suri</u>

Date of Lien:  <u>April 12, 2011</u>

Amount of Original Lien: <u>$13,595.40</u>

Amount of Outstanding Principal and Interest: _____    Through Date: _____

Per Diem Interest: _____

Judgment Book/Page (Instrument Number):  <u>Judgment No. 497063</u>

Recorded in <u>Fairfax County Circuit Court</u>

      I, _____, of _____,

hereby certify that the above-named party holds a lien against <u>Vijay Suri</u>, which is more

particularly described above.

**VIRGINIA DEPT OF TAXATION**

By: _____ (SEAL)

Name: _____

Title: _____

Telephone: _____

Email: _____

**COMMONWEALTH/STATE OF** _____
**CITY/COUNTY OF** _____, **to-wit:**

The foregoing instrument was subscribed, sworn and acknowledged before me this the ___ day

of _____, by _____.

_____
                         Notary Public

My Commission Expires: _____

Please return to:     Taxing Authority Consulting Services, PC
                        Attention: Litigation Department (ceb)
                        P.O. Box 31800
                        Henrico, Virginia 23294-1800
                        RE: Vijay Suri, et al. (TACS No. *1108077)*

# tacs

**Taxing Authority Consulting Services, P.C.**
**Attorneys At Law**

March 7, 2025
**NOTICE OF DELINQUENT TAXES**
**CITY OF FALLS CHURCH, VIRGINIA**

Ajay Nangia
c/o Shawn Whittaker, Esq.
Whittaker & Associates, PC
1401 Rockville Pike, Suite 510
Rockville, Maryland 20852

> **RE:** *City of Falls Church Delinquent Real Estate Taxes - Vijay Suri, et al.*
> *TACS No. 1108077*

Dear Sir or Madam:

Our firm has been retained by the City of Falls Church, Virginia in an effort to collect delinquent real estate taxes. A title search of one of the parcels remitted to our firm for collection indicates that Ajay Nangia possesses a judgment against Vijay Suri, who has an interest in the subject property.

Pursuant to Virginia Code §58.1-3965, we are obligated to provide you notice that within thirty (30) days we will institute proceedings in the Circuit Court of the County of Arlington to effect the sale of the property for delinquent real estate taxes. I would appreciate your completing the enclosed Proof of Lien Claim Form and returning the same to my office for inclusion in the Court proceeding.

Should you have any questions regarding this correspondence or this matter, please do not hesitate to contact my office.

Sincerely,

John A. Rife, Esq.

JAR:ceb
Enclosure

March 7, 2025
City of Falls Church v. Vijay Suri, et al. - Proof of Lien Claim Form
Page -2-

## PROOF OF LIEN CLAIM FORM

Name of Lienholder: <u>Ajay Nangia</u>

Name of Debtor:  <u>Vijay Suri</u>

Date of Lien:  <u>March 23, 2013</u>

Amount of Original Lien: <u>$35,586.20</u>

Amount of Outstanding Principal and Interest: _____    Through Date: _____

Per Diem Interest: _____

Judgment Book/Page (Instrument Number): <u>Judgment No. 532387</u>

Recorded in <u>Fairfax County Circuit Court</u>

      I, _____, of _____,

hereby certify that the above-named party holds a lien against <u>Vijay Suri</u>, which is more

particularly described above.

                           **AJAY NANGIA**

                           By: _____ (SEAL)

                           Name: _____

                           Title: _____

                           Telephone: _____

                           Email:_____

**COMMONWEALTH/STATE OF** _____
**CITY/COUNTY OF** _____**, to-wit:**

The foregoing instrument was subscribed, sworn and acknowledged before me this the ___ day

of _____, by _____.

                           _____
                           Notary Public

My Commission Expires: _____

Please return to:      Taxing Authority Consulting Services, PC
                    Attention: Litigation Department (ceb)
                    P.O. Box 31800
                    Henrico, Virginia 23294-1800
                    RE: Vijay Suri, et al. (TACS No. *1108077*)



**Taxing Authority Consulting Services, P.C.**
**Attorneys At Law**

March 7, 2025
### NOTICE OF DELINQUENT TAXES
### CITY OF FALLS CHURCH, VIRGINIA

Flint Hill School
c/o Patrick McHonett, Registered Agent
3320 Jermantown Road
Oakton, Virginia 22124

       ***RE:***    ***City of Falls Church Delinquent Real Estate Taxes - Vijay Suri, et al.***
                 ***TACS No. 1108077***

Dear Sir or Madam:

        Our firm has been retained by the City of Falls Church, Virginia in an effort to collect delinquent real estate taxes. A title search of one of the parcels remitted to our firm for collection indicates that Flint Hill School possesses a lien against Vijay Suri and Anjana Suri, who have an interest in the subject property.

        Pursuant to Virginia Code §58.1-3965, we are obligated to provide you notice that within thirty (30) days we will institute proceedings in the Circuit Court of the County of Arlington to effect the sale of the property for delinquent real estate taxes. I would appreciate your completing the enclosed Proof of Lien Claim Form and returning the same to my office for inclusion in the Court proceeding.

        Should you have any questions regarding this correspondence or this matter, please do not hesitate to contact my office.

                                  Sincerely,

                                  John A. Rife, Esq.

JAR:ceb
Enclosure

March 7, 2025
City of Falls Church v. Vijay Suri, et al. - Proof of Lien Claim Form
Page -2-

## PROOF OF LIEN CLAIM FORM

Name of Lienholder: <u>Flint Hill School</u>

Name of Debtor: <u>Vijay Suri and Anjana Suri</u>

Date of Lien: <u>March 15, 2013</u>

Amount of Original Lien: <u>$68,073.15</u>

Amount of Outstanding Principal and Interest: _____    Through Date: _____

Per Diem Interest: _____

Judgment Book/Page (Instrument Number): <u>Judgment Nos. 532985 (FFX) and 154591 (ARL)</u>

Recorded in <u>Fairfax County and Arlington County Circuit Courts</u>

      I, _____, of _____,
hereby certify that the above-named party holds a lien against <u>Vijay Suri and Anjana Suri</u>, which
is more particularly described above.

                      **FLINT HILL SCHOOL**

                      By: _____ (SEAL)

                      Name: _____

                      Title: _____

                      Telephone: _____

                      Email: _____

**COMMONWEALTH/STATE OF _____**
**CITY/COUNTY OF _____, to-wit:**

The foregoing instrument was subscribed, sworn and acknowledged before me this the ___ day

of _____, by _____.

                      _____
                            Notary Public

My Commission Expires: _____

Please return to:      Taxing Authority Consulting Services, PC
                    Attention: Litigation Department (ceb)
                    P.O. Box 31800
                    Henrico, Virginia 23294-1800
                    RE: Vijay Suri, et al. (TACS No. *1108077)*



**Taxing Authority Consulting Services, P.C.**
**Attorneys At Law**

March 7, 2025
**NOTICE OF DELINQUENT TAXES**
**CITY OF FALLS CHURCH, VIRGINIA**

Flint Hill School
c/o Timothy B. Hyland, Esq.
IFRAH, PLLC
1717 Pennsylvania Avenue, Suite 650
Washington, DC 20006

> **RE:    *City of Falls Church Delinquent Real Estate Taxes - Vijay Suri, et al.***
> ***TACS No. 1108077***

Dear Sir or Madam:

Our firm has been retained by the City of Falls Church, Virginia in an effort to collect delinquent real estate taxes. A title search of one of the parcels remitted to our firm for collection indicates that Flint Hill School possesses a lien against Vijay Suri and Anjana Suri, who have an interest in the subject property.

Pursuant to Virginia Code §58.1-3965, we are obligated to provide you notice that within thirty (30) days we will institute proceedings in the Circuit Court of the County of Arlington to effect the sale of the property for delinquent real estate taxes. I would appreciate your completing the enclosed Proof of Lien Claim Form and returning the same to my office for inclusion in the Court proceeding.

Should you have any questions regarding this correspondence or this matter, please do not hesitate to contact my office.

Sincerely,

John A. Rife, Esq.

JAR:ceb
Enclosure

March 7, 2025
City of Falls Church v. Vijay Suri, et al. - Proof of Lien Claim Form
Page -2-

## PROOF OF LIEN CLAIM FORM

Name of Lienholder: <u>Flint Hill School</u>

Name of Debtor:  <u>Vijay Suri and Anjana Suri</u>

Date of Lien:  <u>March 15, 2013</u>

Amount of Original Lien:  <u>$68,073.15</u>

Amount of Outstanding Principal and Interest: _____    Through Date: _____

Per Diem Interest: _____

Judgment Book/Page (Instrument Number):  <u>Judgment Nos. 532985 (FFX) and 154591 (ARL)</u>

Recorded in <u>Fairfax County and Arlington County Circuit Courts</u>


      I, _____, of _____,

hereby certify that the above-named party holds a lien against <u>Vijay Suri and Anjana Suri</u>, which

is more particularly described above.

**FLINT HILL SCHOOL**

By: _____ (SEAL)

Name: _____

Title: _____

Telephone: _____

Email: _____


**COMMONWEALTH/STATE OF** _____
**CITY/COUNTY OF** _____, **to-wit:**

The foregoing instrument was subscribed, sworn and acknowledged before me this the ___ day

of _____, by _____.


_____
Notary Public

My Commission Expires: _____

Please return to:    Taxing Authority Consulting Services, PC
                     Attention: Litigation Department (ceb)
                     P.O. Box 31800
                     Henrico, Virginia 23294-1800
                     RE: Vijay Suri, et al. (TACS No. *1108077*)