IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| CITY OF FALLS CHURCH, VIRGINIA, ) | |
| ) | Case No. 1:25-cv-00936-RDA-IDD |
| Plaintiff, ) | (Formerly Case No. CL-2025-001952 in |
| ) | the Circuit Court of Arlington County) |
| v. ) | |
| ) | |
| VIJAY SURI, ) | |
| ANJANA SURI, ) | |
| SHORE UNITED BANK ) | |
| f/k/a SEVERN SAVINGS BANK, FSB, ) | |
| UNITED STATES OF AMERICA, ) | |
| and ) | |
| VIRGINIA DEPARTMENT OF TAXATION, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |
| ) | |
| CITY OF FALLS CHURCH, VIRGINIA ) | |
| ) | |
| Counterclaim Defendant. ) | |
| _____ ) | |
| ) | |
| VIJAY SURI, ) | |
| ANJANA SURI, ) | |
| SHORE UNITED BANK ) | |
| f/k/a SEVERN SAVINGS BANK, FSB, ) | |
| VIRGINIA DEPARTMENT OF TAXATION, ) | |
| FLINT HILL SCHOOL, ) | |
| AJAY NANGIA, ) | |
| STEVEN GOODMAN, ) | |
| and ) | |
| WELLS FARGO BANK, N.A., ) | |
| f/k/a CITY FEDERAL SAVINGS BANK ) | |
| ) | |
| Crossclaim Defendants. ) | |

**ANSWER, CROSSCLAIM, AND COUNTERCLAIM**

The United States answers and responds to the allegations set forth in the Complaint of

the City of Falls Church, Virginia as follows:

1

1. Admitted.

2. Admitted.

3. Admitted that the enumerated notices of federal tax liens were filed by the Internal Revenue Service. Denied that these are the only notices of federal tax liens filed by the Internal Revenue Service.

4. Admitted.

5. Admitted.

6. The United States admits the United States was properly served. The United States denies that Jessica Aber was the United States Attorney for the Eastern District of Virginia at the time of filing of the complaint. The United States further denies that Merrick Garland was the Attorney General of the United States of America at the time of filing the complaint.

7. Admitted. A copy of this Deed of Trust is attached as Exhibit B, *Severn Savings Bank, FSB*.

8. The United States lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 8.

9. The allegations in Paragraph 9 consist of allegations of law; to the extent a response is required, the United States admits Virginia Code §55.1-344 states in part that "upon a finding by the court that more than 15 years have elapsed since the maturity of the lien or encumbrance, raising a presumption of payment that is not rebutted at the hearing, such court shall order the clerk to record a certificate of satisfaction or a certificate of partial satisfaction that, when so recorded, shall operate as a release of such encumbrance." The United States further admits the Deed of Trust has not been marked satisfied.

10. Admitted. A copy of this Memorandum of Lien is attached as Exhibit C, *Commonwealth of Virginia*.

11. Admitted.

12. The United States lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 12.

13. The United States lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 13.

14. The allegations in Paragraph 14 consist of allegations of law; to the extent a response is required, the United States lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 14.

15. The United States lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 15.

16. The allegations in Paragraph 16 consist of allegations of law; to the extent a response is required, the United States lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 16.

## UNITED STATES' CROSSCLAIM AND COUNTERCLAIM

The United States, at the request of the Chief Counsel of the Internal Revenue Service, a delegate of the Secretary of Treasury, and at the direction of the Attorney General of the United States, brings this action to collect the unpaid federal income taxes, including statutory additions, owed by Defendants Vijay Suri and Anjana Suri, and to enforce the corresponding federal tax liens against certain real property located in Falls Church, Virginia.

## Jurisdiction and Venue

1.       The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1340, and 1345 and 26 U.S.C. §§ 7402(a) and 7403.

2.       Venue is proper in the Eastern District of Virginia pursuant to 28 U.S.C. §§ 1391 and 1396. Defendants Vijay Suri and Anjana Suri reside in Falls Church, Virginia, which is also where the tax liabilities at issue accrued, and the subject real property is located in Arlington County, Virginia. Arlington County, Virginia is located in the Eastern District of Virginia, Alexandria Division. Local Civ. R. 3(B)(1).

## Parties

3.       The Defendant, Crossclaim Plaintiff, and Counterclaim Plaintiff is the United States of America.

4.       The Defendant and Crossclaim Defendant, Vijay Suri, maintains an address at 1001 Parker Street, Falls Church, Virginia, and has an interest in the Real Property, described in Paragraph 13, below.

5.       Plaintiff and Counterclaim Defendant City of Falls Church, Virginia, may have or claim an interest in the Real Property, described in Paragraph 13, below.

6.       Defendant and Crossclaim Defendant Anjana Suri, may have or claim an interest in the Real Property, described in Paragraph 13, below.

7.       Defendant and Crossclaim Defendant Shore United Bank, formerly known as Severn Savings Bank, FSB, may have or claim an interest in the Real Property, described in Paragraph 13, below. A copy of this Deed of Trust is attached as Exhibit B, *Severn Savings Bank, FSB*.

8. Defendant and Crossclaim Defendant Virginia Department of Taxation, may have or claim an interest in the Real Property, described in Paragraph 13, below. A copy of this Memorandum of Lien is attached as Exhibit C, *Commonwealth of Virginia*.

9. Crossclaim Defendant Flint Hill School may have or claim an interest in the Real Property, described in Paragraph 13, below. A copy of this Abstract of Judgment is attached as Exhibit D, *Flint Hill School*.

10. Crossclaim Defendant Ajay Nangia may have or claim an interest in the Real Property, described in Paragraph 13, below. A copy of this Judgment is attached as Exhibit E, *Ajay Nangia*.

11. Crossclaim Defendant Steven Goodman may have or claim an interest in the Real Property, described in Paragraph 13, below. A copy of this Judgment and abstract of the foreign judgment is attached as Exhibit F, *Steven Goodman*.

12. Crossclaim Defendant City Federal Savings Bank, which upon information and belief has merged into and is subsequently operated as Wells Fargo Bank, National Association, may have or claim an interest in the Real Property, described in Paragraph 13, below. A copy of this Deed of Trust is attached as Exhibit G, *City Federal Savings Bank*.

13. The Subject Real Property is located at 1001 Parker Street, Falls Church, Virginia, the Quit Claim Deed of which is attached as Exhibit A.

**Federal Income Tax Assessments**

14.     A delegate of the Secretary of Treasury properly and timely made income tax assessments jointly and severally against Vijay Suri and Anjana Suri, as set forth in the table below:

| Assessment Type | Tax Period Ending | Dates of Assessments | Amounts of Assessments | Outstanding Balance (as of June 2, 2025) |
|---|---|---|---|---|
| Income Tax (Form 1040) | 12/31/2009 | Nov. 22, 2010 April 23, 2012 | $137,875 $5,376 | $74,257.29 |
| Income Tax (Form 1040) | 12/31/2010 | April 15, 2013 | $2,854 | $3,584.74 |
| Income Tax (Form 1040) | 12/31/2011 | July 7, 2014 | $40,650 | $92,109.34 |
| Income Tax (Form 1040) | 12/31/2012 | Sept. 15, 2014 | $37,867 | $97,191.23 |
| Income Tax (Form 1040) | 12/31/2013 | Sept. 15, 2014 | $5,360 | $13,007.20 |
| Income Tax (Form 1040) | 12/31/2017 | Oct. 7, 2019 | $34,419 | $53,51.64 |
| **Total Outstanding Balance (as of June 2, 2025)** | | | | **$333,661.44** |

15.     Penalties and interest have accrued according to law on the unpaid balance of assessments set forth in Paragraph 14, and will continue to accrue until paid in full.

16.     A delegate of the Secretary of the Treasury gave notice of the tax assessments set forth in Paragraph 14 to Vijay and Anjana Suri and made demand for payment of those assessments.

17.     Despite notice and demand for payment of the assessments described in Paragraph 14, Vijay and Anjana Suri have neglected or refused to make full payment of those assessments to the United States.

18.     On January 22, 2021, Final Judgment was entered in favor of the United States and against Vijay and Anjana Sri in the amount of $326,029 for unpaid income tax liabilities for

the tax years 2009, 2010, 2011, 2012, 2013, and 2017, plus statutory additions thereon arising subsequent to October 26, 2020, pursuant to 26 U.S.C. §§ 6621 and 6622 until the judgment is satisfied. Exhibit H, *United States of America v. Vijay Suri et al.*, Case No. 1:20-cv-01389-TSE-TCB (E.D. Va. Jan. 22, 2021).

19.     As of June 2, 2025, with respect to the assessments described in Paragraph 14, Vijay and Anjana Suri are indebted to the United States in the amount of **$333,661.44** for federal income taxes, penalties, and interest, plus statutory additions accruing after that date as provided by law.

### Count I: Foreclosure of Federal Tax Liens

20.     Pursuant to 26 U.S.C. §§ 6321 and 6322, for each assessment described in Paragraph 14, federal tax liens arose on the date of the assessment and attached to all property and rights to property belonging to Vijay Suri and Anjana Suri.

21.     On the dates shown below, the Internal Revenue Service recorded in the Arlington County Court Clerk's Office notices of federal tax liens against Vijay Suri and Anjana Suri or the tax periods listed below:

| Assessment Type | Tax Period Ending | Date Lien Recorded |
|---|---|---|
| Income Tax (Form 1040) | 12/31/2009 | 10/19/2011 01/28/2020 11/24/2020 06/04/2021 |
| Income Tax (Form 1040) | 12/31/2010 | 12/29/2014 06/02/2022 |
| Income Tax (Form 1040) | 12/31/2011 | 12/29/2014 01/24/2024 |
| Income Tax (Form 1040) | 12/31/2012 | 12/29/2014 01/24/2024 |
| Income Tax (Form 1040) | 12/31/2013 | 12/29/2014 01/24/2024 |
| Income Tax (Form 1040) | 12/31/2017 | 01/24/2020 |

22.     On March 23, 2021, the United States recorded an Abstract of Judgment for the Final Judgment described in Paragraph 18 for unpaid income tax liabilities for the tax years 2009, 2010, 2011, 2012, 2013, and 2017. Exhibit I, *Abstract of Judgment*.

23.     The United States of America, by virtue of the tax liens that encumber the Real Property, is entitled to have the federal tax liens foreclosed, the Real Property sold, and the proceeds from the sale applied to the unpaid Tax assessments described in Paragraph 14, above.

**<u>Prayer for Relief</u>**

WHEREFORE, the United States respectfully prays that this Court:

A.     As to Count I, enter judgment in favor of the United States and against all Defendants that the United States holds valid and subsisting liens against the Real Property described in Paragraph 13, above, and determine that the tax liens of the United States attached to the interests of Vijay Suri and Anjana Suri in the Real Property;

B.     Order that the tax liens of the United States be foreclosed against the interests of Vijay Suri and Anjana Suri, in the Real Property described in Paragraph 13, above; that the Real Property be sold; and that the proceeds from the sale be distributed to the United States and to the other lienholders and property owners according to the respective priorities of their liens and interests in the Real Property;

C.     Award the United States its costs incurred in prosecuting this action; and

D.     Such other and further relief as the Court deems just and proper.

Dated: June 10, 2025.

/s/ Matthew Troy
MATTHEW TROY
Assistant United States Attorney
GERARD MENE
Assistant United States Attorney
Counsel for the United States
2100 Jamieson Ave.
Alexandria, Virginia 22314
703-299-3712 (p)
703-299-3777 (p)
703-299-2584 (f)
matthew.troy@usdoj.gov
gerard.mene@usdoj.gov


/s/ Emily K. McClure
EMILY K. MCCLURE
Kentucky Bar #97725
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C.  20044
202-353-7509 (p)
202-514-6866 (f)
Emily.K.McClure@usdoj.gov

# CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of June, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will transmit a notice of electronic filing ("NEF") of the same to all counsel of record.

I further certify that on this date, I have caused a true and correct copy of the foregoing to be sent to the following via United States First Class Mail, addressed as follows:

**Shore United Bank**
Registered Agent
Corporation Service Company
100 Shockoe Slip, 2nd Floor
Richmond, Virginia 23219

**Anjana Suri**
1001 Parker Street
Falls Church, Virginia 22046

**Vijay Suri**
1001 Parker Street
Falls Church, Virginia 22046

**Virginia Department of Taxation**
Jason S. Miyares
Virginia Attorney General
202 North Ninth Street
Richmond, VA 23219

**John A. Rife**
Taxing Authority Consulting Services, PC
P.O. Box 31800
Henrico, VA 23295-1800

*/s/ Emily K. McClure*
EMILY K. McCLURE
Trial Attorney, Tax Division
U.S. Department of Justice
