IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

CITY OF FALLS CHURCH , VIRGINIA,    )
    )
    Plaintiff,    )
    )
    v.    )    Civil Action No. 1:25-cv-936 (RDA/IDD)
    )
UNITED STATES OF AMERICA, *et al.*,    )
    )
    Defendants.    )

## ORDER

This matter comes before the Court upon the Report and Recommendation ("Recommendation") issued by U.S. Magistrate Judge Ivan D. Davis on March 10, 2026. Dkt. 33. In the Recommendation, Magistrate Judge Davis recommends that the Government's Motion for Default Judgment be denied without prejudice, because not all parties against whom default was sought were properly served. *Id.* Pursuant to Federal Rule of Civil Procedure 72(b)(2), the deadline for submitting objections to Magistrate Judge Davis's Recommendation was March 24, 2026. To date, no objections have been filed and the time to do so has now passed.

After reviewing the record and Magistrate Judge Davis's Recommendation, and finding no clear error,[1] the Court hereby APPROVES and ADOPTS the Recommendation (Dkt. 33). Accordingly, it is hereby ORDERED that the Government's Motion for Default Judgment (Dkt. 23) is DENIED; and it is

FURTHER ORDERED that the Clerk's Entry of Default as to Crossclaim Defendants Vijay Suri and Anjana Suri be SET ASIDE.

The Clerk is directed to forward copies of this Order to all counsel of record.

It is SO ORDERED.

Alexandria, Virginia
March 26, 2026

_____/s/_____
Rossie D. Alston, Jr.
United States District Judge

---

[1] *See Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (in the absence of any objections to a Magistrate Judge's Recommendation, the Court "need not conduct a *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation'").